[ORAL ARGUMENT NOT SCHEDULED]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

NATIONAL COUNCIL OF
NONPROFITS, et al.,
    *Plaintiffs-Appellees*,

v.

OFFICE OF MANAGEMENT AND
BUDGET, et al.,
    *Defendants-Appellants.*

No. 25-5148

**STATEMENT OF POTENTIAL ISSUES TO BE RAISED**

The issue on appeal is whether the district court erred in entering a preliminary injunction. Potential subsidiary issues include whether plaintiffs' claims are moot and whether the memorandum at issue was lawful.

    Respectfully submitted,

    DANIEL TENNY
    SEAN R. JANDA

    */s/ Brian J. Springer*
    BRIAN J. SPRINGER
    (202) 616-5446
     Attorneys, Appellate Staff
     Civil Division
     U.S. Department of Justice
     950 Pennsylvania Ave., N.W.
     Washington, D.C. 20530

MAY 2025

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2025, I filed and served the foregoing with the Clerk of the Court by using the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

/s/ *Brian J. Springer*
Brian J. Springer