# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-5148**                         **September Term, 2024**

1:25-cv-00239-LLA

Filed On: July 14, 2025 [2125300]

National Council of Nonprofits, et al.,

      Appellees

   v.

Office of Management and Budget and
Russell T. Vought, in his official capacity as
Director, Office of Management and
Budget,

      Appellants

## O R D E R

Upon consideration of appellants' unopposed motion for extension of time to file the opening brief and appendix, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | September 5, 2025 |
| Appendix | September 5, 2025 |
| Appellees' Brief | October 6, 2025 |
| Appellants' Reply Brief | October 27, 2025 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk