**NOT SCHEDULED FOR ORAL ARUGMENT**

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

NATIONAL COUNCIL OF NONPROFITS,
et al.,

    Plaintiffs-Appellees,

v.

OFFICE OF MANAGEMENT AND
BUDGET, et al.,

    Defendants-Appellants.

No. 25-5148

**UNOPPOSED MOTION FOR 14-DAY EXTENSION OF TIME
TO FILE OPENING BRIEF AND APPENDIX**

Pursuant to Federal Rule of Appellate Procedure 27, the government respectfully moves for a 14-day extension of time, to and including September 19, 2025, in which to file its opening brief and appendix. This motion is unopposed.

1. In this case, plaintiffs allege that an Office of Management and Budget (OMB) Memorandum directing federal agencies to review federal financial assistance programs for consistency with the President's policies was unlawful on a variety of grounds. The district court granted plaintiffs a preliminary injunction that prevents the agency defendants from

"implementing, giving effect to, or reinstating under a different name the unilateral, non-individualized directives" in the OMB Memorandum "with respect to the disbursement of Federal funds under all open awards." Dkt. No. 52, at 1.

2. Pursuant to a 45-day extension, the government's opening brief and appendix are currently due September 5, 2025.

3. The government respectfully requests a 14-day extension of time, to and including September 19, 2025, in which to file its opening brief and appendix. The requested extension is necessary in light of government counsel's other appellate deadlines. Brian J. Springer and Sean R. Janda have principal responsibility for preparing the government's opening brief and appendix. Mr. Springer is occupied with a number of ongoing appellate matters with upcoming deadlines, including: *Global Health Council v. Trump*, Nos. 25-5097, 25-5098 (D.C. Cir.) (responses to petition for rehearing en banc and to emergency stay motion due August 20); *New York v. Trump*, Nos. 25-1236, 25-1413 (1st Cir.) (consolidated reply brief due August 22); *U.S. Sportsmen's Alliance v. Centers for Disease Control and Prevention*, No. 25-1473 (6th Cir.) (response brief due August 28); *Amica Center for Immigrant Rights v. U.S. Department of Justice*, No. 25-5254 (D.C. Cir.) (on expedited

schedule, response brief due August 29); *Vera Institute of Justice v. U.S. Department of Justice*, No. 25-5248 (D.C. Cir.) (on expedited schedule, response brief due September 2); *Florida Gas Transmission Co. v. U.S. Department of Transportation*, No. 24-60420 (5th Cir.) (oral argument scheduled September 3, 2025); and *Neurelis Inc. v. Makary*, No. 25-5125 (D.C. Cir.) (opening brief due September 22). Mr. Janda also has responsibility for the following matters with upcoming deadlines: *Global Health Council v. Trump*, Nos. 25-5097, 25-5098 (D.C. Cir.) (responses to petition for rehearing en banc and to emergency stay motion due August 20); *New York v. Trump*, Nos. 25-1236, 25-1413 (1st Cir.) (consolidated reply brief due August 22); *California v. ATF*, No. 24-2701 (9th Cir.) (opening brief due August 29); *Amica Center for Immigrant Rights v. U.S. Department of Justice*, No. 25-5254 (D.C. Cir.) (on expedited schedule, response brief due August 29); and *Vera Institute of Justice v. U.S. Department of Justice*, No. 25-5248 (D.C. Cir.) (on expedited schedule, response brief due September 2).

Daniel Tenny has supervisory responsibility for the government's opening brief in this case. Mr. Tenny also has supervisory responsibility for the following matters with recent and upcoming deadlines: *Global Health Council v. Trump*, Nos. 25-5097, 25-5098 (D.C. Cir.) (responses to petition

3

for rehearing en banc and to emergency stay motion due August 20); *New York v. Trump*, Nos. 25-1236, 25-1413 (1st Cir.) (consolidated reply brief due August 22); *New York v. Trump*, No. 23-5103 (D.C. Cir.) (reply brief due August 22); *Amica Center for Immigrant Rights v. U.S. Department of Justice*, No. 25-5254 (D.C. Cir.) (on expedited schedule, response brief due August 29); *Associated Press v. Budowich*, No. 25-5109 (D.C. Cir.) (opening brief due August 29); *Southwest Airlines Co v. Transportation Security Administration*, No. 25-60052 (5th Cir.) (response brief due August 29); *Vera Institute of Justice v. U.S. Department of Justice*, No. 25-5248 (D.C. Cir.) (on expedited schedule, response brief due September 2); *Frontier Airlines Inc v. Transportation Security Administration*, No. 25-9523 (10th Cir.) (response brief due September 2); *Alaska Airlines Inc. v. Transportation Security Administration*, No. 25-954 (9th Cir.) (response brief due September 3); *San Francisco AIDS Foundation v. Trump*, No. 25-4988 (9th Cir.) (opening brief due September 4); *City & County of San Francisco v. Trump*, No. 25-3889 (9th Cir.) (reply brief due September 8); *Spirit Airlines Inc. v. Transportation Security Administration*, No. 25-10461 (11th Cir.) (response brief due September 10); *Norwich Pharmaceuticals Inc. v. Secretary of Health and Human Services*, No. 23-5311 (D.C. Cir.) (response

brief due September 10); *National Association of Diversity Officers in Higher Education v. Trump*, No. 25-1189 (4th Cir.) (oral argument scheduled September 11); *Martin Luther King Jr. County v. Turner*, No. 25-3664 (9th Cir.) (reply brief due September 12); *Massachusetts v. Kennedy*, No. 25-1612 (11th Cir.) (opening brief due September 15); *American Public Health Association v. National Institutes of Health*, No. 25-1611 (1st Cir.) (opening brief due September 16).

4. Counsel for plaintiffs has authorized us to state that plaintiffs consent to this motion.

Respectfully submitted,

DANIEL TENNY

/s/ *Sean R. Janda*
SEAN R. JANDA
BRIAN J. SPRINGER
(202) 514-3388
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Washington, D.C. 20530

AUGUST 2025

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 787 words.  This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word 2016 in CenturyExpd BT 14-point font, a proportionally spaced typeface.

                                               */s/ Sean R. Janda*
                                               Sean R. Janda