# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 25-5148** | **September Term, 2024** |
| | 1:25-cv-00239-LLA |
| | Filed On: August 20, 2025 [2131091] |

National Council of Nonprofits, et al.,

    Appellees

    v.

Office of Management and Budget and
Russell T. Vought, in his official capacity as
Director, Office of Management and
Budget,

    Appellants

## O R D E R

Upon consideration of appellants' unopposed motion for a 14-day extension of time to file the opening brief and appendix, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---:|
| Appellants' Brief | September 19, 2025 |
| Appendix | September 19, 2025 |
| Appellees' Brief | October 20, 2025 |
| Appellants' Reply Brief | November 10, 2025 |

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

BY:   /s/
          Michael C. McGrail
          Deputy Clerk