No. 25-5148                            September Term, 2025

1:25-cv-00239-LLA

Filed On: September 24, 2025 [2136721]

National Council of Nonprofits, et al.,

         Appellees

    v.

Office of Management and Budget and
Russell T. Vought, in his official capacity as
Director, Office of Management and
Budget,

         Appellants

**O R D E R**

    Upon consideration of appellees' unopposed motion for extension of time to file the response brief, it is

    **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | November 19, 2025 |
| Appellants' Reply Brief | December 10, 2025 |

                                                  **FOR THE COURT:**
                                                  Clifton B. Cislak, Clerk

                       BY:     /s/
                                  Michael C. McGrail
                                  Deputy Clerk