# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 25-5148** | **September Term, 2025** |
| | **1:25-cv-00239-LLA** |
| | **Filed On: November 6, 2025** [2144177] |

National Council of Nonprofits, et al.,

    Appellees

    v.

Office of Management and Budget and
Russell T. Vought, in his official capacity as
Director, Office of Management and
Budget,

    Appellants

## O R D E R

Upon consideration of appellees' unopposed motion for extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | December 19, 2025 |
| Appellants' Reply Brief | January 9, 2026 |

                                  **FOR THE COURT:**
                                  Clifton B. Cislak, Clerk

BY:    /s/
          Michael C. McGrail
          Deputy Clerk