| | |
|---|---|
| **No. 25-5148** | **September Term, 2025** |
| | 1:25-cv-00239-LLA |
| | Filed On: December 11, 2025 [2150003] |

National Council of Nonprofits, et al.,

    Appellees

    v.

Office of Management and Budget and
Russell T. Vought, in his official capacity as
Director, Office of Management and
Budget,

    Appellants

## O R D E R

It is **ORDERED**, on the court's own motion, that this case be scheduled for oral argument on February 6, 2026, at 9:30 A.M. The composition of the argument panel will usually be revealed thirty days prior to the date of oral argument on the court's web site at www.cadc.uscourts.gov.

The time and date of oral argument will not change absent further order of the Court.

A separate order will be issued regarding the allocation of time for argument.

                          **FOR THE COURT:**
                          Clifton B. Cislak, Clerk

               BY:    /s/
                          Michael C. McGrail
                          Deputy Clerk

The following forms and notices are available on the Court's website:

Memorandum to Counsel Concerning Cases Set for Oral Argument (Form 71)