# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5148**  **September Term, 2025**

**1:25-cv-00239-LLA**

**Filed On: January 8, 2026** [2153420]

National Council of Nonprofits, et al.,

    Appellees

    v.

Office of Management and Budget and
Russell T. Vought, in his official capacity as
Director, Office of Management and
Budget,

    Appellants

    **BEFORE:**   Srinivasan, Chief Judge; Wilkins and Garcia, Circuit Judges

### O R D E R

Upon consideration of the government's unopposed motion for a 7-day extension of time to file the reply brief, it is

**ORDERED** that the motion be granted. Appellants' reply brief is now due January 16, 2026.

### Per Curiam

                                **FOR THE COURT:**
                                Clifton B. Cislak, Clerk

                BY:   /s/
                           Michael C. McGrail
                           Deputy Clerk