# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-5148**  September Term, 2025

1:25-cv-00239-LLA

Filed On: January 27, 2026 [2156142]

National Council of Nonprofits, et al.,

    Appellees

    v.

Office of Management and Budget and
Russell T. Vought, in his official capacity as
Director, Office of Management and
Budget,

    Appellants

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for February 6, 2026, at 9:30 A.M.:

    Appellants    -    10 Minutes

    Appellees    -    10 Minutes

One counsel per side to argue. The panel considering this case will consist of Chief Judge Srinivasan, and Circuit Judges Wilkins and Garcia.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by January 29, 2026.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Michael C. McGrail
Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)