# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 25-5148** **September Term, 2025**

FILED ON: AUGUST 21, 2026

NATIONAL COUNCIL OF NONPROFITS, ET AL.,
APPELLEES

v.

OFFICE OF MANAGEMENT AND BUDGET AND RUSSELL T. VOUGHT, IN HIS OFFICIAL CAPACITY AS DIRECTOR, OFFICE OF MANAGEMENT AND BUDGET,
APPELLANTS

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:25-cv-00239)

---

Before: SRINIVASAN, *Chief Judge*, WILKINS and GARCIA, *Circuit Judges*

**J U D G M E N T**

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the preliminary injunction be vacated, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/

Daniel J. Reidy
Deputy Clerk

Date: August 21, 2026

Opinion for the court filed by Chief Judge Srinivasan.